UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 06 B 11588
    STEPHANIE A BRIGHT
                                                    CHAPTER 13

                                                    JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-0099


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 09/15/2006 and was confirmed 12/13/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was converted to chapter 7 after confirmation 08/31/2007.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN GENERAL FINANCE | SECURED VEHIC | 3775.39 | 180.92 | 1224.88 |
| AMERICA'S SERVICING COMP | CURRENT MORTG | .00 | .00 | .00 |
| AMERICA'S SERVICING COMP | MORTGAGE ARRE | 258.94 | .00 | 258.94 |
| ARONSON FURNITURE | SECURED | 3326.00 | 152.25 | 67.75 |
| COOK COUNTY TREASURER | SECURED | 3279.00 | .00 | 220.00 |
| GMAC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| GMAC MORTGAGE | MORTGAGE ARRE | 400.32 | .00 | 37.31 |
| GENERAL MOTORS ACCEPTANC | UNSECURED | 51718.30 | .00 | .00 |
| 3D DENTAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAB SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| FNBM/CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 342.36 | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | NOT FILED | .00 | .00 |
| GMAC | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | 1500.00 | .00 | .00 |
| MARAUDER CORP | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| MUTUAL HOSPITAL COLLECTI | UNSECURED | NOT FILED | .00 | .00 |
| NCO FIN/99 | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 947.20 | .00 | .00 |
| NORTHWEST INDIAN PODIATR | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| PALISADES COLLECTIONS | UNSECURED | NOT FILED | .00 | .00 |
| SHAHLA F ZAIDI | UNSECURED | NOT FILED | .00 | .00 |
| T-MOBILE USA | UNSECURED | 291.27 | .00 | .00 |
| THE NICK JR BOOK CLUB | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL FIDELITY CORP | UNSECURED | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | 1319.45 | .00 | .00 |
| ARONSON FURNITURE | UNSECURED | 20.33 | .00 | .00 |
| AT&T WIRELESS | UNSECURED | 332.33 | .00 | .00 |

```
ASSET ACCEPTANCE CORP    UNSECURED       242.02              .00             .00
ASC                      NOTICE ONLY   NOT FILED             .00             .00
AAA CHECKMATE LLC        UNSECURED       581.94              .00             .00
BAY AREA CREDIT SERVICE  UNSECURED     NOT FILED             .00             .00
STATE FARM INSURANCE     UNSECURED     NOT FILED             .00             .00
PAYDAY LOAN STORE        UNSECURED     NOT FILED             .00             .00
HARRY ALTMAN             UNSECURED     NOT FILED             .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY   2,334.00                         2,334.00
TOM VAUGHN               TRUSTEE                                          286.98
DEBTOR REFUND            REFUND                                           198.47
```

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS          DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 4,961.50

PRIORITY                                          .00
SECURED                                      1,808.88
    INTEREST                                   333.17
UNSECURED                                         .00
ADMINISTRATIVE                               2,334.00
TRUSTEE COMPENSATION                           286.98
DEBTOR REFUND                                  198.47
                      ---------------   ---------------
TOTALS                  4,961.50             4,961.50

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                         /s/ Tom Vaughn
    Dated: 12/13/07      _____
                         TOM VAUGHN
                         CHAPTER 13 TRUSTEE